# IN THE MIDDLE DISTRICT COURT OF THE UNITED STATES
# DISTRICT OF NORTH ALABAMA

RECEIVED 2019 JUN 18 A 9:50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

PLAINTIFF, LARRY A. WILKE

Pro Se

V

DEFENDANTS

2:19-cv-00426-ALB-WC

TALLAHASSEE MEMORIAL HOSPITAL BHC et. al.

and

CITY OF TROY AL et. al.

and

TROY MEDICAL CENTER SBHC et. al.

and

KAYLA DRIGGERS et. al.

and

TROY MUNICIPAL/JUDGE BAKER

and

PIKE COUNTY PROBATE COURT / JUDGE MICHAEL BUNN

and

PIKE COUNTRY CIRCUIT COURT

and

AL MD EMILY COODY MARKS / CHIEF JUDGE

and

11TH CIRCUIT COURT OF APPEAL

and

UNITED STATES SUPREME COURT/JUDGE JOHN ROBERT/CHIEF

And

OPEN RESPONSE IN EQUITY/
PLEASE POST ON PACER/

EIGHT ASSOCIATE JUDGES OF SCOTUS

## 2ND PETITION FOR A WRIT OF HABEUS CORPUS

HISTORY: THIS CURRENT COMPLAINT IS IN PLAIN ENGLISH (1ST PETITION NOT HONORED) WITH LIBERTY AND JUSTICE FOR ALL?

## CURRENT COMPLAINT

CURRENT CIVIL RIGHTS (1964?) VIOLATIONS

1. FALSE IMPRISONMENT

2. FALSE ARREST

3. MEDICATION ERRORS (CONSANGEUINITY IS SELF EVIDENT)

4. FORCED INJECTIONS

5. PHYSICAL ABUSE

   A. HEELS (NO SHOES ALLOWEED)

   B. TRAUMA (PHYSICAL ASSAULT) 300 LB TECH SAT ON PLANTIFF

   C. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

   D. EYES-PRESCRIPTION IGNORED

THE PLAINTIFF'S TESTIMONY, HOWEVER USEFUL, MAY HAVE A LIMITED WARRANTY? IN DAYS OF 'OLD' A MAN'S WORD WAS HIS 'BOND,' SO TO SPEAK, BUT NOT SO TODAY. ONE CAN TAC BACKWARDS IF THE COURT SEEKS JUSTICE. IT IS NOW PAST TIME TO SCHEDULE THE MATTER?

RESPECTFULLY,

LARRY AYERS WILKE

PO BOX 116

ONLY COLOR CRAYONS PERMITTED

TROY , AL.

IN THE YEAR OF OUR LORD

JUNE 17, 2019

NO COPIES SENT!

Po Box 116
Troy Al
36081



United States District Court
Middle District of Alabama
Office of the Clerk
One Church St.
Montgomery, Al
36104