IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY AYERS WILKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:19-cv-426-ALB-WC |
| | ) |
| TALLAHASSEE MEMORIAL | ) |
| HOSPITAL BHC, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

# **ORDER**

This matter comes before the Court on the Magistrate Judge's recommendation that the case be DISMISSED without prejudice for Plaintiff's failure to file the requisite fees or provide the Court with a motion for leave to proceed *in forma pauperis* in compliance with the order of this Court. Plaintiff filed an objection to the Recommendation of the Magistrate Judge (Doc. 7) alleging that the Recommendation would work manifest injustice. Plaintiff directed the Court to examine his other filings as well as the works of William Shakespeare and Albert Einstein to determine why he cannot pay the requisite filing fees. The Court finds that none of these submissions adequately address Plaintiff's failure to pay the required fees. Upon an independent and de novo review of the record, it is ORDERED that:

1. Plaintiff's objection (Doc. 7) is overruled.

2. The United States Magistrate Judge's recommendation (Doc. 5) is adopted.

3. The case is DISMISSED without prejudice.

A final judgment will be entered separately.

**DONE** and **ORDERED** this 30th day of October 2019.

      /s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE